# Court of Appeals
# of the State of Georgia

ATLANTA, May 28, 2024

*The Court of Appeals hereby passes the following order:*

**A24I0199. CAROLINE K. RICHARDSON v. MATTHEW C. RICHARDSON.**

Upon review, this application for interlocutory appeal filed by Caroline K. Richardson is hereby GRANTED. The motion for sanctions filed by Matthew C. Richardson is DENIED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 05/28/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.